# United States Court of Appeals for the Federal Circuit

_____

October 17, 2013

**ERRATA**

_____

Appeal No. 2013-1066

**NCUBE CORPORATION (now known as ARRIS Group, Inc.),**
v.
**SEACHANGE INTERNATIONAL INC.**

Decided:  October 11, 2013
Precedential Opinion

_____

Please make the following changes:

Page 8, line 22, insert --the-- before "court"

Page 10, line 20, change "which the SessionID is colorably different." to --which the SessionID is not more than colorably different.--